ORIGINAL

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7223
7  Facsimile: (415) 437-7234
   E-mail: Barbara.Silano@usdoj.gov
8
9  Attorneys for Plaintiff

FILED

OCT 25 2007

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR: 07-0645 MMC |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO PARTIALLY UNSEAL INDICTMENT AND [~~PROPOSED~~] ORDER |
| RONALD WILLIAMS, BARRY LYNN SAMUEL, a.k.a Samuel Jacques, a.k.a. Lynn, a.k.a. Nephew, JOSE JUAN PEÑALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa, ELEAZAR MORA-ARCIGA, a.k.a. Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo, a.k.a. Chaparro, SALVADOR ORTEGA, a.k.a. Funky, a.k.a. Chavita, a.k.a. Primo, CARLOS GUERRERO-ELENES, a.k.a C Los, MIGUEL RAMIREZ, ▇▇▇▇▇▇▇▇▇▇▇▇▇ SAMUEL ARANDA, RONALD LEE HINES, CESAR RAMIREZ-CHAVIRA, (Continued) | **UNDER SEAL OF COURT** |



| | | |
|---|---|---|
| 1 | a.k.a. Cesar Chavea, a.k.a. Jose Manzo, | (Continued) |
| 2 | ERIKA MANZO, | |
| 3 | JAVIER ULISES ZAMORA-HERNANDEZ, | |
| 4 | a.k.a. Patron, a.k.a. Bulis, a.k.a. Ulys, a.k.a. Ulyses, | |
| 6 | MICHAEL JOSEPH SILVA, a.k.a. Michael Silva, | |
| 7 | EDWARD LEROY MOORE, | |
| 8 | a.k.a. Eddie Mo, JOSE ANTONIO CAMACHO-MENDEZ, | |
| 12 | ALFREDO GONZALES GOVEA, a.k.a. Jomito, | |
| 14 | SARAH ARANDA ROPATI, | |
| 15 | Defendants. | |

The United States hereby moves the Court for an order partially unsealing, the Indictment. The United States requests that the Indictment be only partially unsealed to reflect the names of only the defendants who have been apprehended thus far for use in their initial appearance before the Magistrate. The United States further requests that they be permitted to redact the names of defendants who have not yet been apprehended. The United States believes that disclosure of the entire Indictment may cause the subjects of the indictment who have not yet been apprehended to flee, destroy evidence and/or make efforts to conceal on-going criminal

\\\
\\\
\\\
\\\

1   activity, jeopardizing the progress of its on-going investigation and the arrest of the defendants.

2

3   DATED: October 11, 2007                Respectfully submitted,

4

5                                          SCOTT N. SCHOOLS
                                           United States Attorney
6

7                                          BARBARA SILANO
                                           Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8               **ORDER**
9
10      Based upon the motion of the government and for good cause shown, IT IS
11 HEREBY ORDERED that the Indictment shall be partially unsealed until further order of
12 the Court. IT IS FURTHER ORDERED THAT the United States may redact the names
13 of the defendants who have not yet been apprehended and provide a copy of the redacted
14 indictment to the apprehended defendants.
15
16
17 DATED: 10/24/07
18                                  HON. EDWARD M. CHEN
                                    United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28