AO 442 (Rev. 5/93) Warrant for Arrest

*1402789 /*
*0811-1024-0063-2*

## United States District Court
### Northern District of California

UNITED STATES OF AMERICA,

V.

Ronald Williams

WARRANT FOR ARREST

Case Number: CR 07-645 MMC

To: The United States Marshal
and any Authorized United States Officer

**FILED**
NOV 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest __Ronald Williams__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin, possession with intent to distribute and distribution of heroin

in violation of Title __See above__ United States Code, Section(s) __

__Deputy Clerk__
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

__San Francisco 10/11/07__
Date and Location

Bail fixed at $ __no bail__ by __Edward Chen, U.S. Magistrate Judge__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at __Oakland CA__ |

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | Carl Benner TFO-DEA | _[signature]_ |

43 ✓