1  SCOTT N. SCHOOLS (SCSBN 0999)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   KIRSTIN M. AULT (CSBN 206052)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue
      San Francisco, Ca. 94102
7     Tel: (415) 436-7223

8  Attorneys for Plaintiff

FILED

NOV 7 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )    No. CR- 07-0645 MMC
13                                   )
            Plaintiff,               )
14                                   )
       v.                            )
15                                   )    [PROPOSED] SPEEDY TRIAL ORDER
   RONALD WILLIAMS , et al.,         )
16                                   )
            Defendants.              )
17  _____ )

18     GOOD CAUSE APPEARING the Court finds this case complex under 18 U.S.C.

19  §3161(h)(8)(A) and B(i)(ii).  The case involves approximately twelve overlapping months of

20  electronic surveillance on sixteen separate lines covering seven different subject's cellular

21  telephones.  Many of the conversations are in Spanish.  The indictment contains allegations

22  against twenty-three defendants covering criminal activity over approximately nineteen months

23  in time.  Over three thousand pages of discovery have been made available and compact discs

24  containing hundreds of hours of conversations have been provided.  The Court finds that the case

25  is so unusual and complex, due to the number of defendants and the nature of the prosecution

26  that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

27  within the time limits established under Title 18 U.S.C. § 3161(h)(8)(A) and (B)(ii).

28     The court finds specifically that the ends of justice are best served through the continuance

SPEEDY TRIAL ORDER                    1

1   and the need for effective preparation and other reasons cited herein outweigh the best interest of

2   the defendants and the public in a speedy trial.

3         Accordingly, IT IS HEREBY ORDERED that the time period between November 7, 2007

    and  January 16, 200   is excluded from calculations pursuant to 18 U.S.C. §3161(h)(8)(A) and

5   B(ii).

6   DATED: November 7, 2007

7

8                                            HON. MAXINE M. CHESNEY
                                             UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    SPEEDY TRIAL ORDER                        2