UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES



FILED
NOV 7 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: <u>November 7, 2007</u>

Case No. <u>CR-07-0645 MMC</u>      JUDGE:   **Maxine M. Chesney**

Ronald Williams(cust); Barry Samuel (cust);
Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Carlos Guerrero-Elenes; Samuel Aranda (cust);
Erika Manzo (cust)*; Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Sarah Aranda Ropati (cust); Ronald Lee Hines (cust);
Larry Bishop (cust); Jose Antonio Camacho-Mendez (cust)*

_____    Present (X) Not Present ( ) In Custody (X)
DEFENDANT

Ron Tyler (Williams); Julie Beil for
Richard Mazer (Samuel); Alan Dressler (Hilario);
Geoffrey Rotwein for Randall Knox (Arciga)
Ian Loveseth for Michael Stepanian (Ortega);
Steve Gruel (Elenes); Lidia Stiglich (S. Aranda);
Ethan Balogh (Manzo);
Mary McNamara (Zamora-Hernandez);
George Boisseau (Silva); Jeffry Glenn (Govea);
Ian Loveseth (Ropati); Geoffrey Rotwein (Hines);
Tony Brass (Bishop);
Nicholas Reyes (Camacho-Mendez)

<u>Barbara Silano and Kirstin Ault</u>       _____
U.S. ATTORNEY(S)                ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: <u>Tracy Lucero</u>        Reporter: <u>Margo Gurule</u>

Spanish Interpreters: <u>Melinda Basker and Monique Inciarte</u>

### PROCEEDINGS

REASON FOR HEARING   <u>Initial Status/ Trial Setting Conference</u>

RESULT OF HEARING   <u>All counsel agree to a continuance to January 16, 2008.</u>
_____
_____
_____
_____

Case continued to <u>January 16, 2008 at 2:00 p.m.</u>   for Further Status (Courtroom #4, 17th Floor).
Case continued to _____ for Motions.
                          (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) <u>Complexity</u>  Begins <u>11/7/2007</u>   Ends <u>1/16/2008</u>

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

Case 3:07-cr-00645-MMC   Document 76   Filed 11/07/2007   Page 2 of 2