SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

450 Golden Gate Ave. 11th Floor
San Francisco, Ca. 94102
Telephone: (415) 436-7223

Attorney for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>            Plaintiff,                           )<br>                                                      )<br>            v.                                      )<br>                                                      )<br> WILLIAMS ET. AL,                       )<br>                                                      )<br>            Defendant.                      )<br>_____ ) | CRIMINAL NO.  CR 07-0645 MMC<br><br>**NOTICE OF ADDITION<br>OF COUNSEL** |

   The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court that Assistant United States Attorney ("AUSA") Barbara Brennan Silano is also assigned to this case. Accordingly, please have future ECF notices sent to AUSA Silano at the email address of barbara.silano@usdoj.gov

                                                                        Respectfully submitted,


DATED: January 3, 2008                                               /s/
                                                                        _____
                                                                        BARBARA BRENNAN SILANO
                                                                        Assistant United States Attorney

NOTICE OF ADDITION OF COUNSEL