1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 168973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6940
7      Facsimile: (415) 436-7234
       E-mail: kirstin.ault@usdoj.gov
8
9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,      )   No.   CR 07-00645 MMC
                                    )
15 |     Plaintiff,                 )   NOTICE OF ADDITION OF COUNSEL
                                    )
16 |     v.                         )
                                    )
17 | WILLIAMS ET. AL,               )
                                    )
18 |     Defendant.                 )
                                    )
19 |_____ )

20

21     The United States Attorney's Office hereby files this Notice of Addition of Counsel to

22 advise the court that Assistant United States Attorney ("AUSA") Kirstin Ault is also assigned to

23 this case. Accordingly, please have future ECF notices sent to AUSA Ault at the

24 email address of kirstin.ault@usdoj.gov

25

26 DATED:_____1/18/08_____             _____/s/_____

27                                         KIRSTIN M. AULT

28                                         Assistant United States Attorney