IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 07-0645 MMC (MEJ) |
| vs. ) | STIPULATION AND ORDER |
| RONALD WILLIAMS, ) | FOR STATUS HEARING |
| Defendant. ) | |

**STIPULATION**

The parties stipulate that the above-captioned matter will be set for status on Friday, February 1, 2008 at 9:30 a.m. before Magistrate Judge Maria-Elena James.

It is so stipulated.

DATED:   January 30, 2008         _____/S/_____
                                   RONALD C. TYLER
                                   Assistant Federal Public Defender
                                   Counsel for Ronald Williams

DATED:   January 30, 2008         _____/S/_____
                                   KIRSTIN AULT
                                   Assistant United States Attorney

STIPULATION & ORDER
*United States v. Ronald Williams*
CR 07-0645 MMC (MEJ)                - 1 -

1 **ORDER**

2 It is hereby ordered that a status hearing will be held in the above-captioned matter on Friday,

3 February 1, 2008 at 9:30 a.m. before Magistrate Judge Maria Elena-James.

4 IT IS SO ORDERED.

5

6 DATED:

7 _____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER
*United States v. Ronald Williams*
CR 07-0645 MMC (MEJ)                                   **- 2 -**