```
 1  IAN G. LOVESETH (CSBN 085780)
    Attorney at Law
 2  819 Eddy Street
    San Francisco, CA
 3  Tel: (415) 771-6174
    Fax: (415) 474-3748
 4
    Attorney for Defendant
 5  SARAH A ROPATI
```

**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-00645-MMC |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT GLENN DYER DETENTION FACILITY |
| ) | |
| v. ) | |
| ) | |
| RONALD WILLIAMS, et.al., ) | |
| ) | The Honorable Maxine M. Chesney |
| Defendants. ) | |

///

Proposed Order MP3 Player Glenn Dyer                                                                                                1

1  Finding good cause shown, as discovery has been provided in digital audio format:

2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3  player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North
4  County);

5  RONALD WILLIAMS,

6  JOSE JUAN PENALOZA-HILARIO,

7  SAMUEL ARANDA,

8  MICHAEL JOSEPH SILVA,

9  RONALD LEE HINES,

10 JOSE ANTONIO CAMACHO-MENDEZ,

11 EDWARD LEROY MOORE.

13 IT IS SO ORDERED.

15 Dated:   MAR 1 2 2008

THE HONORABLE MAXINE M. CHESNEY
United States District Judge