1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6940

7 | Facsimile: (415) 436-7234
E-mail: kirstin.ault@usdoj.gov

8

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00645 MMC |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF JEFF LUNDEGARD |
| v. | ) | |
| RONALD WILLIAMS, | ) | |
| Defendant. | ) | |

I, Jeff Lundegard, make the following declaration under penalty of perjury:

1. I am an analyst with the Drug Enforcement Administration (DEA) and I have been so employed for approximately the past ten years. I am one of the persons involved in the investigation of the Camacho-Mendez drug trafficking organization, and I am familiar with the facts developed during that investigation. The information related below is based on my own involvement in the investigation as well as my conversations with agents and officers working on the investigation and my review of law enforcement reports, pen register and wiretap data, and line sheets and transcripts of intercepted telephone calls.

///

2.     Between August 18, 2006 and August 14, 2007, the Honorable Phyllis J. Hamilton, signed five court orders authorizing the interception of telephone calls occurring over telephones belonging to members of the Camacho-Mendez drug trafficking organization.

3.     During the first period of interception from August 18, 2006 through approximately September 18, 2006, calls were intercepted on the telephone of Daniel Verdugo Leon, during which Ronald Williams ordered heroin and cocaine from Verdugo Leon in the following amounts on the following days:

| Date | Amount |
|---|---|
| 8/21/06 | 6 ounces cocaine |
| 8/22/06 | ½ ounce heroin |
| 8/27/06 | ½ ounce heroin |
| 8/31/06 | 5 ounces cocaine |
| 9/13/06 | ½ ounce heroin. |

4.     On September 13, 2006, Williams was arrested and ½ ounce of heroin was seized from his person. Williams was released from custody on or about September 16, 2006.

5.     The second period of interception of telephones used by Daniel Verdugo Leon began on October 24, 2006, and lasted through approximately November 24, 2006. During this time, Williams was intercepted ordering heroin and cocaine from Verdugo Leon in the following amounts on the following days:

| Date | Amount |
|---|---|
| 10/31/06 | 9 ounces cocaine |
| 11/2/06 | ½ ounce heroin |
| 11/7/06 | ½ ounce heroin |
| 11/9/06 | ½ ounce heroin |
| 11/12/06 | ½ ounce heroin |

6.     In December 2006, Daniel Verdugo Leon was killed in a drive-by shooting.

7.     Thereafter, some of his customers, including Williams, began to be supplied by Humberto Ceja-Barajas. Ceja-Barajas continued to use the same telephone number that had been used by Verdugo Leon.

8.     From November 6, 2006, through February 12, 2007, there were approximately

1  360 telephone calls between Williams and a telephone number used by Verdugo Leon and Ceja-
2  Barajas. From approximately November 24, 2006 through approximately February 12, 2007, no
3  wiretap was active.
4      9.    On February 12, 2007, the third period of interception began on the telephone
5  number that had been used by Verdugo Leon and was now being used by Ceja-Barajas. On
6  February 13, 2007, calls were intercepted during which Williams arranged to meet with Ceja-
7  Barajas. On or about February 15, 2007, Ceja-Barajas stopped using this telephone.
8      10.   Shortly thereafter, Ceja-Barajas began using a new telephone number. Between
9  February 26, 2007 and May 31, 2007, there were approximately 612 telephone calls between
10 Williams and the new telephone number.
11     11.   A wiretap was authorized for this telephone on or about May 7, 2007, and the
12 defendant was intercepted ordering narcotics from Ceja-Barajas in the following amounts on the
13 following dates:

| Date | Amount |
|---|---|
| 5/8/07 | 2 ounces cocaine |
| 5/8/07 | ½ ounce heroin |
| 5/9/07 | 9 ounces cocaine |
| 5/11/07 | 1 ounce heroin |
| 5/14/07 | ½ ounce heroin |
| 5/15/07 | ½ ounce heroin |
| 5/21/07 | ½ ounce heroin |
| 5/22/07 | 1 ounce heroin |
| 5/26/07 | ½ ounce heroin |
| 5/29/07 | ½ ounce heroin |
| 5/31/07 | 1 ounce heroin |

25     12.   On May 31, 2007, Williams was arrested an approximately 1 ounce of heroin was
26 found on his person and in his car.
27 ///
28 ///

3

13.     The interception of Ceja-Barajas' telephone ceased on or about June 6, 2007, and no further interceptions were conducted on telephones used by Williams' supplier Ceja-Barajas.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATE: 3/14/08          _____
                       JEFF LUNDEGARD