UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: **MAR 1 9 2008**

Case No. _CR-07-0645 MMC_      JUDGE: **Maxine M. Chesney**

Defendant: _Ronald Williams_      Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: _Kirstin Ault_      ATTORNEY FOR DEFENDANT: _Ronald Tyler_

Deputy Clerk: **TRACY LUCERO**      Reporter: _Juanita Gonzalez_

## PROCEEDINGS

REASON FOR HEARING: _Δ's motion for revocation of Magistrate's Detention Order_

RESULT OF HEARING: _Court denies Δ's motion (for reasons stated on the record)._

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
    (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(25 min)