UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: <u>May 14, 2008</u>

Case No. <u>CR-07-0645 MMC</u>   JUDGE: **Maxine M. Chesney**

Ronald Williams(cust); Barry Samuel (cust);
Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Samuel Aranda (cust); Erika Manzo (cust)*;
Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Larry Bishop; Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Miguel Ramirez (cust)

_____
          DEFENDANT

Present (X) Not Present ( ) In Custody (X)

Ron Tyler (Williams); Richard Mazer (Samuel);
Richard Tamor for Wiilliam DuBois Hilario);
Randall Knox (Arciga) Henry Schaefer for
Michael Stepanian (Ortega); Lidia Stiglich (S.
Aranda); Martha Boersch for Ethan Balogh (Manzo);
Mary McNamara (Zamora-Hernandez); Richard
Tamor For George Boisseau (Silva); Ron Tyler
forJeffry Glenn (Govea); Tony Brass (Bishop);
Nicholas Reyes (Camacho-Mendez); Martha Boersch
(Ramirez-Chavira); Shana Keating (M. Ramirez)

<u>Barbara Silano and Kirstin Ault</u>          _____
     U.S. ATTORNEY(S)                    ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: <u>Tracy Lucero</u>          Reporter: <u>Katherine Powell</u>

Spanish Interpreter: <u>Melinda Basker</u>

**PROCEEDINGS**

REASON FOR HEARING   <u>Further Status/ Motion Setting Conference</u>

RESULT OF HEARING   <u>AUSA Kirstin Ault informed the Court that there are currently</u>
                    <u>9 outstanding plea proposals and that all discovery has been</u>
                    <u>Given to defendants. Court informed counsel that the Court would</u>
                    <u>Be available on June 18, 2008 at 10:00 a.m. for Change of Plea(s)</u>

Case continued to <u>June 25, 2008 at  2:00 p.m.</u>    for Further Status/Motion Setting Conference
(Courtroom #4, 17th Floor).
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) <u>Complexity</u>  Begins<u> 5/14/08</u>   Ends<u> 6/25/2008</u>

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////