FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Chesney,

6-22-08

I write you this letter concerning a peace of property that you released to me on the date of 6-12-08, the case ~~━━━━━━~~, Property Forfeiture Case No. R3-06-0014, 08 DEA-491951, referring to a 2000 HD FLHT Electra Glide Motorcycle.

Now, along my appearance in your courtroom on that day you stated that I was to receive my property.

But now my lawyer seem to think that I can't pick up my Motorcycle until my sentencing date, is that so! If it is please write me or let my Attorney know, who is Ron Tyler. He has'nt let me know or my family where we can pick up my Motorcycle. Your Honorable Judge Chesney, I haven't ask him this question yet, but just thought I'd write you first because you did

not state that in your clousure as we were ending our Plea Agreement on that date. But by the time you receive this letter i will have spoken to him about it ok.

Just trying to make sure the right thing is being done.

Your Truly
Ron Williams

P.S Next court date
(9-10-08)