UNITED STATES DISTRICT COURT
Northern District of California
United States Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

415.522.2000



July 3, 2008

Ronald Williams
Glenn E. Dyer Detention Facility
550 - 6th Street
Oakland, CA 94607

Re:   United States v. Ronald Williams
      Case No. CR 07-0645 MMC

Dear Mr. Williams:

The Court is in receipt of your letter of June 22, 2008, in which you request information concerning the status of certain of your property.

The Court does not address or take action on requests of this nature where the defendant is represented by counsel.

Accordingly, your letter has been referred to Ronald Tyler, your counsel of record.

Very truly yours,

Tracy Lucero,
Deputy Clerk

cc:   Ronald Tyler, Esq.
      Federal Public Defender's Office