

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

July 18, 2008

**MEMORANDUM**

The Honorable Maxine M. Chesney
United States District Judge

                  **RE:  WILLIAMS, Ronald**
                           **Docket No. CR 07-0645-01 MMC**

Your Honor:

The above defendant is scheduled for Judgment and Sentencing on September 10, 2008, at 2:30 p.m., before Your Honor. The U.S. Probation Office will be closed on September 10, 2008, for a district conference. Further, the undersigned officer is unavailable in September due to a prearranged training and vacation. As a result, it is respectfully requested that Judgment and Sentencing be continued to October 8, 2008, at 2:30 p.m. Assistant United States Attorney Barbara Silano and Assistant Federal Public Defender Ronald Tyler do not object to this request.

Please do not hesitate to contact me if Your Honor needs further information. I can be reached at (415) 436-7554.

                                      Respectfully submitted,

                                      Christina L. Carrubba
                                      United States Probation Officer Specialist

Reviewed and Approved by:

**Sheila John**
Supervisory United States Probation Officer

cc:    AUSA Barbara Silano
       AFPD Ronald Tyler